IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

|  |  |
|---|---|
| Karen MICHAUD, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>KULA LODGE AND RESTAURANT, INC.,<br>et al.,<br><br>　　　　　Defendants. | Civ. No. 10-00530 ACK-KSC |

## ORDER RE CONSENT DECREE FOR SETTLEMENT OF PLAINTIFFS' COMPLAINT

　　　　Pursuant to stipulation, and for good cause shown, the Consent Decree for Settlement of Plaintiffs' Complaint between Plaintiffs Karen Michaud and Richard Skaff ("Plaintiffs"); and Defendants Kula Lodge and Restaurant, Inc., and Fred Romanchak ("Defendants"); signed by Plaintiffs and Defendants, ("Consent Decree," ECF No. 47), is APPROVED AND SO ORDERED.

　　　　The Court hereby retains jurisdiction to resolve the remaining monetary claims raised by Plaintiffs for damages and for attorneys' fees, costs, and litigation expenses, which will be resolved by settlement, trial, or fee motion.  Additionally, as stated in the Consent Decree, the Court retains jurisdiction for the purpose of enforcing provisions of the Consent Decree until the terms of the Consent Decree are satisfactorily completed.  (Consent Decree ¶ 6.)

IT IS SO ORDERED.

DATED:  Honolulu, Hawai'i, December 13, 2011.



_____
Alan C. Kay
Sr. United States District Judge

Michaud v. Kula Lodge & Rest., Inc., Civ. No. 10-00530 ACK-KSC: Order re Consent Decree for Settlement of Plaintiffs' Complaint